IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>VERONICA SANCHEZ, AMY GARCIA, and ERIKA BADILLO, a/k/a "Erika Madrigal,"<br><br>        Defendants. | Case No. 3:23-cr-00051-SLG-KFR |

### ORDER DIRECTING SERVICE AND RESPONSE

The Court notes that it appears that three attorneys of record were served with the *United States' Motion to Revoke Orders of Release Pursuant to 18 U.S.C. § 3145(a)(1)* at Docket 11.[1]

18 U.S.C. § 3145 directs this Court to promptly determine the Government's motion. Therefore, IT IS ORDERED that each of the above-named three defendants may respond to the motion at Docket 11 no later than **July 5, 2023**.

IT IS FURTHER ORDERED that the Government shall immediately serve a copy of this order on each of the attorneys of record identified in its Certificate of Service at Docket 11.

DATED this 30th day of June, 2023 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] *See* Docket 11 at 21.